IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BARBARA VINSON,**

    **Plaintiff,**

v.          Case No.: 3:08cv392/MCR/EMT

**DAVID MORGAN, in his official capacity as Escambia County Sheriff, JOHNNY WILSON; PATSY SPEARS; STEPHEN SCHAFF; and JIMMY TATUM,**

    **Defendants.**
_____/

## ORDER

    A jury trial was held in this civil rights case from July 25, 2011, through July 27, 2011. After the Plaintiff rested, the Defendants made a motion for a judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure on all counts as to Defendants David Morgan, Patsy Spears, Stephen Schaff, and Jimmy Tatum; the motion was offered as to Defendant Johnny Wilson only as to Count VIII.[1] The court issued an oral ruling granting the motion in part and denying the motion in part. This order memorializes that ruling. Thus, for the reasons stated on the record at trial, the Defendants' Rule 50(a) motion was:

    1.     GRANTED as to Defendant Stephen Schaff on all counts against him;

    2.     GRANTED as to Defendant David Morgan in his official capacity as Escambia County Sheriff on Count II (§ 1983) but DENIED on Counts IV (battery) and V (false arrest);

    3.     GRANTED as to Defendants Patsy Spears and Jimmy Tatum on Count VI (malicious prosecution) and Count VIII (intentional infliction of emotional distress); and

---

[1] Counts III and VII were voluntarily dismissed as to all Defendants prior to trial (doc. 50).

      4.     DENIED as to Defendant Johnny Wilson on Count VIII (intentional infliction of emotional distress).

      DONE and ORDERED this 29th day of July, 2011.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **CHIEF UNITED STATES DISTRICT JUDGE**